Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MARTIN STELZER, Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.   [198 Misc. 504.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE CONDON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

ALICE ARMSTRONG, Respondent, v. L. A. FIATO et al., Doing Business as JOHNSON CITY STEAK SHOP, Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.